AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Joyce Caldwell<br><br>*Plaintiff(s)*<br>v.<br><br>CG Real Estate Investment, LLC, and Lauderdale-Dell Lake Village, LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 8:19—cv—2321—T—02AAS<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CG Real Estate Investment, LLC c/o
Christopher Garris
850 SW Martin Downs Blvd.
Palm City, FL 34990

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Kemp Brinson
Bloodworth Law, PLLC
801 N. Magnolia Ave., Suite 216
Orlando, FL 32803

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*LindsayRichards*

Date: **Sep 19, 2019**

Sign                    Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Joyce Caldwell<br><br>*Plaintiff(s)*<br>v.<br><br>CG Real Estate Investment, LLC, and Lauderdale-Dell Lake Village, LLC<br><br>*Defendant(s)* | Civil Action No. 8:19-cv-2321-T-02AAS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Lauderdale-Dell Lake Village, LLC c/o
Christopher Garris
850 SW Martin Downs Blvd.
Palm City, FL 34990

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Kemp Brinson
Bloodworth Law, PLLC
801 N. Magnolia Ave., Suite 216
Orlando, FL 32803

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*LindsayRichards*

Date: **Sep 19, 2019**

Signature of Clerk or Deputy Clerk