# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOYCE CALDWELL,

    Plaintiff,

v.   Case No: 8:19-cv-2321-T-02AAS

CG REAL ESTATE INVESTMENT,
LLC and LAUDERDALE-DELL LAKE
VILLAGE, LLC,

    Defendants.
_____/

## O R D E R

The Court has been advised by **the Mediation Report (Doc. 16)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on June 25, 2020.

                                 s/*William F. Jung*
                                 **WILLIAM F. JUNG**
                                 **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record